AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
04/03/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
04/03/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KC___ DEPUTY

UNITED STATES OF AMERICA,
v.
DAVID ANTHONY OLIVO,
              Defendant(s)

Case No. 5:23-mj-00153

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 29, 2023 in the county of Riverside in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | See attached affidavit |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/s/
Complainant's signature

United States Postal Inspector, Francisco Arevalo
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 3, 2023

Judge's signature

City and state: Riverside, CA

Honorable Sheri Pym, U.S. Magistrate Judge
Printed name and title

AUSA: Benjamin Weir  (951-276-6228)

**AFFIDAVIT**

I, Francisco Arevalo, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, DAVID ANTHONY OLIVO ("OLIVO") for violation of 18 U.S.C. § 1708 (Theft or receipt of stolen mail matter generally) relating to conduct that occurred on March 29, 2023. OLIVO is currently in the custody of the San Bernardino County Sheriff's Department High Desert Detention Center, Adelanto, California 92301 for a state parole violation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since August 2021. I am presently assigned to the Miscellaneous Team in the San Bernardino Domicile of the Los Angeles Division. My responsibilities as an Inspector include investigating mail theft, identity theft, mail fraud and related criminal activity

concerning access devices (including credit and debit cards), stolen and counterfeit United States Postal Keys (sometimes called "arrow keys"), crimes concerning the misuse and attack of the mail system, and assaults and threats against U.S. Postal Service ("USPS") employees. I am a graduate of the United States Postal Inspection Service Career Development Unit in Potomac, Maryland, where I completed the Postal Inspector Basic Training program. As part of the residential training provided by the Career Development Unit, I completed courses on mail theft and mail fraud. These courses taught me about the various ways in which mail thieves steal mail, including the use of fishing devices[1] to steal mail from collection mailboxes and receptacles. By using these devices, thieves gain access to mail and subsequently obtain checks, money orders, cash, and gift cards. I also learned that mail thieves use this stolen information to commit bank fraud, check fraud, and access device fraud using stolen credit cards, debit cards, and checks from the U.S. Mail.

4. Based on my training, I am aware that it is common practice for mail thieves to use various resources including vehicles, counterfeit document production equipment, cellular telephones, pagers, and portable radios, among other things, to steal mail and conduct further criminal activity.

---

[1] Fishing is a common technique mail thieves use to steal mail. The thief creates a weighted plate on a string or vertical blind with adhesive on the plate. Thieves then dangle the device down a collection mailbox and pull it out with mail stuck to it.

5.    Based on my training and experience I know individuals who commit mail theft, identity theft and robberies often store evidence of their crimes in locations other than their residence. Individuals often do this, so they have a secondary location to store and review the contraband associated with their crimes. I also know individuals will often use off-site storage locations to prevent law enforcement from finding evidence associated with their crimes.

## II. STATEMENT OF PROBABLE CAUSE

6.    On or around March 21, 2023, Brady Collins, a parole agent from the Victorville GPS Parole Unit, contacted USPIS regarding OLIVO, a parolee under his supervision. Agent Collins had reviewed GPS data from the parolee's bracelet and found that on March 20, 2023, OLIVO was in the secured/fenced-in area of the Hesperia Post Office prior to the time the location was open for public business. Agent Collins also reported that OLIVO's GPS data showed him visiting collection mailboxes[2] at several post offices in the high desert during the late night and early morning hours. OLIVO's GPS data corresponds to suspected mail theft at some of these locations. Additionally, Agent Collins had video surveillance footage of OLIVO committing mail theft.

### A. Parole Agent Referral

7.    I spoke with Agent Collins on or about March 22, 2023. According to Agent Collins, OLIVO is a known gang member in

---

[2] A postal office collection mailbox is a mailbox that is used to collect outgoing mail from the public. These mailboxes are typically located in public areas, such as on street corners or in shopping centers, and are painted blue to make them easily recognizable.

Victorville. Agent Collins stated he had reviewed OLIVO'S GPS data and found that for the past three weeks, OLIVO had been visiting multiple USPS collection mailboxes, in the front area of post offices, located in Hesperia, Apple Valley, and Victorville during the middle of the night and early in the morning. The Victorville location is a "substation" located at 13295 Spring Valley Pkwy, Victorville, California 92395 (the "Victorville Substation").

8. Agent Collins stated that on March 20, 2023, at approximately 7:28 AM, OLIVO'S GPS was pinging inside the "employees only" parking lot of the Hesperia post office. Unless you are a customer conducting postal business, you are not allowed inside the employee parking lot of the post office, which is gated. Further, the Hesperia Post Office does not conduct business with postal customers at 7:28 AM as it is not yet open to the public.

9. Agent Collins stated that he had also obtained video surveillance from a business near the Victorville Substation, and it showed an individual resembling OLIVO tampering with the collection mailbox at the same time that the GPS location showed OLIVO to be at that location.

### B. OLIVO Takes Mail From Collection Mailbox In Front of Parole Office on March 20, 2023

10. On or about March 23, 2023, agent Collins called me and told me that OLIVO's GPS data showed that on March 20, 2023, OLIVO was again visited the Victorville Substation, and that he had also been in front of his Parole office, which had a

collection mailbox. Agent Collins checked the surveillance cameras from the Parole office, and saw OLIVO steal mail from the collection mailbox. He was driving a white Ford Mustang.

### C. I Received Reports of Widespread Tampering With Post Offices Collection Mailboxes In The High Desert

11. On March 23, 2023, I spoke with an employee of the Victorville Substation. The employee in charge of picking up outgoing mail from the collection mailbox stated that he had seen signs of tampering regarding the collection mailbox on several days in the past month, including March 20, 2023. Specifically, he said that he had found sticky substances around the outgoing slot and on the inside of the mailbox, including on pieces of mail.

12. Later the same day, I spoke with the supervisors of the post offices in Hesperia, Barstow, and Apple Valley. They all told me that postal employees in charge of collecting the mail out of the collection mailboxes had seen signs of tampering around their collection mailboxes. Each location had seen a sticky substance, like glue, around the outgoing mail slot and the inside of the mailboxes, including on the container inside the collection mailboxes and on the mail. In addition, customers had complained that mail they have deposited in the collection mailboxes had not reached their destination several weeks after being dropped off, and that the collection mailboxes were full of a sticky substance around the outgoing mail slot and that they were unable to deposit mail. Additionally, a supervisor from the Apple Valley Post Office stated that two

weeks earlier an employee had found a device inside the collection box that had glue all over it.

### D. Mail Theft and Bank Fraud Complaint

13. On or about March 23, 2023, I searched postal mail theft complaint records and I saw a report from a postal customer in the city of Barstow, California. The reporting party, A.G., stated that she had mailed a check from a collection mailbox located at 425 S 2nd Ave, Barstow, California 92311 on or about February 26, 2023, and that the check had been stolen.

14. On or about March 24, 2023, I contacted victim A.G. regarding her mail theft complaint. A.G. stated that she had mailed her credit card bill out of the collection mailbox in front of the Barstow post office on February 26, 2023. The check was made out to City Cards for $2,627.59. According to A.G.'s bank records, which she later provided me, the payee line on the check was altered to read "David Olivo," and it was deposited via phone to a TD-Ameritrade account, on March 2, 2023. A.G.'s bank records show that the check was altered a second time, with the payee listed as "Jonathan Delaval." This altered check was thereafter deposited via ATM to a US-Bank account on March 5, 2023, at 10:42 p.m. at a US Bank.[3]

15. Later on March 24, 2023, I contacted Agent Collins and asked about OLIVO's whereabouts on March 5, 2023, at 10:42 pm according to the GPS information. Agent Collins stated that

---

[3] I have requested bank records regarding these two deposits, but I have not received them yet.

OLIVO was at a US Bank in Victorville at that date and time. I also asked Agent Collins if he had any GPS data on OLIVO's whereabouts in February. Agent Collins noted that the GPS data showed OLIVO was in Barstow, specifically near the Barstow Post Office collection box, on February 21, 27, and 28, 2023.

    16. On or about March 24, 2023, I obtained copies of the altered checks from victim A.G. Later that same day, I obtained a copy of a parole document signed by OLIVO from Agent Collins. After comparing OLIVO'S name on the altered payee line of the check with his signed name on the parole documents side-by-side, it appears to me that the documents were signed by the same person.

    **E. OLIVO and Wines Arrested**

    17. On or about March 29, 2023, Agent Collins contacted me and informed me that OLIVO was again at the Barstow post office collection boxes. I immediately contacted the Barstow Police Department and reported the conduct to Officer Nathan Arias. I explained that it appeared a suspect was stealing mail from the collection box in front of the post office using a fishing device. I further explained to him what the device looked like.

    18. After talking with Officer Arias, I called a Supervisor of the Barstow post office and asked him to check the collection box for evidence of tampering. A few minutes later, the supervisor called me back and told me that there was evidence of tampering at the collection box, specifically a sticky substance was found around the outgoing slot of the collection box.

19. A few minutes later, Officer Arias called me and stated that OLIVO was not near the post office's collection box. I then provided Officer Arias with Agent Collins' phone number, and they coordinated using GPS data from OLIVO's bracelet to determine his whereabouts.

20. Agent Collins thereafter contacted me and informed me that officers of the Barstow Police Department had stopped the vehicle in which OLIVO was riding with the driver, Ashley Wines ("Wines"), and that they were being detained for mail theft.

21. It is my understanding from Officer Arias that upon searching the vehicle, officers found:

    a. Hundreds of pieces of stolen mail, which were inside a bag and a backpack that belonged to OLIVO[4];

    b. OLIVO's black backpack also contained mail, credit cards, and gift cards in other people's names, two cell phones, two notebooks with Personally Identifiable Information ("PII") with different people's names, and several social security numbers;

    c. Approximately 40 credit cards and gift cards with names other than OLIVO's and Wines';

    d. A fishing device that was found directly at OLIVO's feet on the passenger seat;

    e. Tools to manufacture additional fishing devices, including mouse traps, glue, and cords, as well as extra fishing devices;

---

[4] OLIVO told the officer that the backpack belonged to him.

   f. a credit card reader,[5] two computers, several cell phones, drug paraphernalia, and a handgun holster.

 22. Officer Arias also stated that during preliminary questioning about the items inside the vehicle, Wines stated that the stolen mail, credit cards, fishing devices, checks, credit card reader, and the holster all belonged to OLIVO. Wines further stated that OLIVO had a handgun in a closet at her apartment.

 **F. Interview of Wines**

 23. Officer Arias and I conducted an interview with Wines at the Barstow Police Station after she was detained on March 29, 2023. After we read her Miranda Rights, she agreed to speak with us and provided the following information:

   a) Earlier that day, OLIVO asked Wines for a ride to commit theft, but she did not know what he was planning to steal. Wines said that she saw OLIVO use the fishing device to take mail out of the collection box at the Barstow Post Office.

   b) OLIVO had recently moved into her apartment, and he had more stolen mail and checks there, as well as a handgun.

   c) She said OLIVO was looking for checks and was cashing them with banks. OLIVO was driven by his friends, sometimes in a black BMW or a white Mustang.

   d) Wines stated that her stepdad, Jonathan Delaval, has been in jail since February 2022. Her home address is 19227

---

[5] A credit card reader is a device that reads the information stored on the magnetic strip or chip of a credit or debit card. When a customer swipes, dips or taps the customer's card on the reader, the device communicates with the card issuer to authorize and process the payment transaction.

CA-18, Apple Valley, California 92307, and she has been living there for approximately six months.

### G. Probation Search at Wines' apartment

24.  After conducting an interview with Wines, I spoke with Agent Collins, who informed me that his Parole team, along with Jose Sandoval, a probation officer in charge of supervising Wines' probation terms, would conduct a search of Wines' apartment.

25.  After the search of Wines' apartment had started, I arrived.  Wines was present as the parole team brought her so that she could open the apartment.  Agents informed me that they had found the following items during the search:

    a.  In the kitchen, luggage with several skimmer devices[6] and credit card readers.  Wines stated the luggage belonged to OLIVO;

    b.  Hundreds of pieces of stolen mail on a table at the kitchen area;

    c.  Inside the main bedroom, hundreds of stolen mail letters, checks, credit cards, drug paraphernalia, and a container with approximately one pound of marihuana;

    d.   A handgun with a loaded magazine containing five rounds;

---

[6] Criminals use skimmers to steal credit card or debit card information from unsuspecting victims. Skimmers are small devices that are designed to be placed on top of or inside a legitimate card reader, such as an ATM, gas pump, or point-of-sale terminal. When a victim uses their card to make a transaction, the skimmer reads the card's magnetic stripe or chip, and records the information.

      e.    Next to the bed in the main bedroom, the parole GPS charger that belonged to OLIVO; and

      f.    a notebook with a note that read:

- "How to not get caugh"
- "Never cash a check at a bank"
- "Never do stuff in your own name"
- "Anytime they tell you to wait, leave."

26. Agent Collins told me that OLIVO's GPS device had been pinging at the apartment for the past few weeks.

### H. Review of Evidence Recovered

27. A preliminary review of all the evidence collected during OLIVO's and Wines' arrest and the search of the apartment shows that approximately hundreds of pieces of stolen mail were recovered, along with the Personal Identifying Information ("PII") of hundreds of other people. The PII appeared as Social Security numbers, signed personal checks, credit cards, and other personal identifying information. Skimmer devices, credit card readers, blank checks, paper to make checks, drug paraphernalia, a handgun with a magazine that has five rounds, several cell phones, and two laptop computers were also collected.

28. Inside OLIVO's black backpack, which was recovered during his arrest, was a letter from US Bank addressed to Jonathan Delaval with information about the opening of a US Bank account. Additionally, there was another letter from US Bank addressed to Jonathan Delaval at 19227 CA-18, Apple Valley, CA 92307. The letter had been opened and contained a notice from

the bank that an account belonging to Jonathan Delaval was being closed due to suspicious activity. Additionally, a copy of the check that was cashed at a Victorville US Bank ATM on March 5, 2023, at 10:42 p.m. was enclosed with the letter.

I. **Criminal History Review**

29. A review of OLIVO criminal history shows he has several arrests and convictions for Possession of control substances for sale, vehicle theft, possession of control substances while armed (sentenced to 7 years in prison); and a federal conviction of violation of 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a)(C)(3) (Copyright Infringement).

## III. CONCLUSION

30. For all the reasons described above, there is probable cause to believe that OLIVO committed a violation of 18 U.S.C. § 1708 (Theft or receipt of stolen mail matter generally) on March 29, 2023.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __3rd__ day of April, 2023.

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE